■ Angelo A. Wideman et al., Respondents, v Barbel Trucking, Inc., Also Known as Barbell Trucking, Inc., Appellant. [734 NYS2d 527] —Appeal from order, Supreme Court, Bronx County (Gerald Esposito, J.), entered April 3, 2001, unanimously withdrawn in accordance with the communication of the parties hereto. No opinion. Concur—Nardelli, J. P., Andrias, Lerner, Saxe and Marlow, JJ.